IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:10CR248 -01 |
| ) | -02 |
| CHRISTIAN M. ALLMENDINGER ) | |
| ADLEY H. ABDULWAHAB ) | |
| Defendants. ) | |
| ) | |

## AMENDED RESTITUTION ORDER

WHEREAS, the United States filed a motion to amend the restitution order as to Joe Montemayor and Judy Kanas pursuant to 18 U.S.C. § 3664(j)(1) and Fed. R. Crim. P. 36 on April 6, 2015. (Doc. 523).

WHEREAS, this Court ruled in an Order dated April 17, 2015, that the government's motion to amend the restitution order is granted. (Doc. 524).

Now deeming it proper so to do, IT IS HEREBY ORDERED:

1) Joe Montemayor's restitution amount shall be amended to reflect a loss of $150,000 (as opposed to the original loss amount of $200,000).

2) Judy Kanas; 187 Ulupau Circle; Bastrop, Texas 78602 shall be added to the list of victims and shall be awarded restitution of $50,000.

3) From any future disbursements of restitution, the Clerk shall calculate the payment Mr. Montemayor is to receive without actually deducting from the restitution he is still owed and pay those funds to Ms. Kanas, along with any payment she is to receive from her own loss, until she has received the sum of $3,365.64 that would otherwise have been paid to Mr. Montemayor.

4) Once Ms. Kanas has received $3,365.64 that would otherwise have been due Mr.

Montemayor based on the last restitution order entered in this case, then all future payments shall be made in accordance with the loss amounts of $150,000 due Mr. Montemayor and $50,000 due Ms. Kanas.

May 5, 2015
Date

/s/ REP
Robert E. Payne
Senior United States District Judge

I ASK FOR THIS:

/s/
G. Wingate Grant
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
(804) 819-5400
(804) 771-2316
wingate.grant@usdoj.gov